Dismissed and Memorandum Opinion filed March 10, 2005









Dismissed and Memorandum Opinion filed March 10, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01068-CR

NO. 14-03-01237-CR

NO. 14-03-01238-CR

NO. 14-03-01239-CR

____________

 

 

SHANNON
VONCHASE SIDNEY, Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

________________________________________________________________

 

On Appeal from the 23rd District Court

Brazoria
County, Texas

Trial Court Cause Nos. 40,895; 43,755; 44,848; & 44,849

________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

Written requests to withdraw the notices of appeal,
personally signed by appellant, have been filed with this court.  See Tex.
R. App. P. 42.2.  Because this
court has not delivered an opinion in these cases, we grant appellant=s requests.








Accordingly, we order the appeals dismissed.  We direct the clerk of the court to issue the
mandates of the court immediately.

 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed March 10, 2005.

Panel consists of
Justices Yates, Edelman and Guzman.

Do Not Publish C Tex.
R. App. P. 47.2(b).